IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| KEO BOUNNHARITH, ET AL. | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:15-CV-265 |
| PORT ARTHUR POLICE DEP'T, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiffs Keo Bounnharith and Saveng Bounnharith, proceeding *pro se*, filed this civil rights action against the Port Arthur Police Department, Mark Blanton, E. Mansfield, E. Van Horn, Valecia R. Tizeno, Port Arthur Animal Control, Anthony Mitchell, Bobby Monson, Marc DeRouen, Wayne Doyle, Delores Bobby Prince, Floyd Johnson, and unidentified defendants.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this civil rights action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 36) is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**So Ordered and Signed**
**Sep 14, 2017**

_____
Ron Clark, United States District Judge